**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| STACY NICHOLE CRAWFORD, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:25-CV-01045-SDJ-AGD |
| | § | |
| v. | § | |
| | § | |
| HILTI, INC., | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 14, 2026, the Magistrate Judge entered a Report, (Dkt. #30), recommending that Defendant Hilti, Inc.'s ("Defendant") Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint and Brief in Support ("Motion"), (Dkt. #16), be granted. That is, Plaintiff Stacy Nichole Crawford's ("Plaintiff") claims regarding allegations that occurred before October 20, 2023, as well as her age discrimination claims, be dismissed with prejudice. The Report further recommended that Plaintiff be granted the opportunity to file a Second Amended Complaint as to her claims under Title VII for race and sex discrimination, and retaliation, within fourteen (14) days of the Court's adoption of the Report (Dkt. #30). No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate

Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims regarding allegations that occurred before October 20, 2023, as well as her age discrimination claims are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff is **GRANTED** leave to file a Second Amended Complaint as to her claims under Title VII for race and sex discrimination, and retaliation, within fourteen (14) days of the entry of this Memorandum Adopting the Report and Recommendation of United States Magistrate Judge. If Plaintiff fails to timely file her Second Amended Complaint, the Court will dismiss Plaintiff's case without further notice.

**So ORDERED and SIGNED this 4th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE